# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 128 MM 2022
                                :
                   Respondent   :
                                :
                                :
                                :
         v.                     :
                                :
                                :
                                :
REYNALDO MERCADO,               :
                                :
                   Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.   *See* Pa.R.A.P. 1113(d), Note (indicating that a criminal defendant may obtain reinstatement of his or her allocatur rights when counsel fails to timely file an allocatur petition); *see also* Pa.R.A.P. 1112 (explaining that an allocatur petition may be taken from a final order of the Superior Court, which includes an order remanding a matter, unless jurisdiction is retained).

    Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.